# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

RICKEY L. HENDERSON AND JANE HENDERSON, )
)
)
Plaintiffs, )
vs. ) Cause No:  2:26-cv-4162
)
) Circuit Court of Cole County, Missouri
UNIVERSAL UNDERWRITERS ) Cause No. 26AC-CC00235
INSURANCE COMPANY, )
)
Defendant. )

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW Defendant Universal Underwriters Insurance Company, by and through the undersigned counsel and hereby file this Notice of Removal of the above captioned action, originally filed in the Circuit Court of Cole County, Missouri, to the United States District Court for the Western District of Missouri, Central Division, pursuant to §§ 1332, 1441, and 1446, and in support thereof, respectfully states as follows:

1.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

2.      Plaintiffs filed their Petition in the Circuit Court of Cole County, Missouri on May 11, 2026.

3.      Plaintiff alleges therein a case of declaratory judgment, breach of contract, bad faith failure to defend or settle, vexatious refusal to pay pursuant to R.S.Mo. § 375.420 arising out of a Final Judgment entered in Case No. 15-AO-AC2085-01 by the Twenty-Ninth Circuit Court Jasper County, Missouri on March 20, 2026. *See* **Exhibit B,** Plaintiff's Complaint, *see also* A full and

1

complete copy of the State Court file, Cause No. 26AC-CC00235, is attached hereto as **Exhibit A**.

4. Pursuant to 28 U.S.C. § 1332, a United States District Court has jurisdiction over state law claims when the parties are citizens of different states and the amount in controversy exceeds seventy-five thousand dollars ($75,000). 28 U.S.C. § 1332 (c)(1).

5. Plaintiffs Rickey L. Henderson and Jane Henderson are citizens of and residents of the State of Missouri. *See* **Exhibit B**, Plaintiffs Complaint, ¶ 13.

6. Defendant Universal Underwriters Insurance Company (hereinafter "UUIC") is an Illinois corporation engaged in the insurance business with a statutory home office and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196. UUIC is authorized to transact business and has transacted business in Missouri.

7. Therefore, the parties to this litigation are diverse.

8. Regarding the amount in controversy, the Eighth Circuit has held that the "requirement is satisfied when a fact finder could legally conclude from the pleadings and the proof adduced to the court before trial, that the damages that the plaintiff suffered are greater than $75,000." *Capital Indem. Corp. v. 1405 Assoc., Inc.* 340 F.3d 537, 549 (8th Cir. 2003).

9. Plaintiff has alleged it is entitled to damages "for the limits of the Policies (including excess limits) plus attorney fees, expenses, and other damages, including consequential damages", and "for the entire amount of the underlying judgment, including interest that accrues after entry of the underlying judgment". *See* **Exhibit B,** Plaintiff's Petition ¶¶ b., c.

10. The underlying judgment entered by the Twenty-Ninth Judicial Circuit Court against Saber Acceptance Company and on which Plaintiffs now seek to collect from Universal in this action is in the amount of $197,618,064.00. *See* **Exhibit C**.

#34603814 v1

11.     As such, the amount in controversy in this action, exclusive of interest and costs exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) as indicated by the nature of the damages sought in Plaintiff's Petition.

12.     Defendant has not been formally served with Plaintiffs' Petition and therefore, this Notice of Removal has been timely filed within thirty (30) days of notice pursuant to 28 U.S.C. § 1446.

13.     Because complete diversity of citizenship exists between Plaintiff and Defendant, and because the amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), removal to this Court is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

14.     Furthermore, venue is proper in the United States District Court of the Western District of Missouri, Central Division as Defendants registered agent is located at CSC-Lawyers Incorporating Service Company, 221 Bolivar St., Jefferson City, MO 65101, which is within the jurisdiction of the Western District of this Court. *See* **Exhibit B**, Plaintiffs Petition at ¶ 12.

15.     Accompanying and attached to this Notice of Removal is a Civil Coversheet for filing in this Court.

16.     Defendant Universal Underwriters Insurance Company, simultaneously with the filing of this Notice of Removal, has provided written notice to Plaintiff Rickey L. Henderson and Plaintiff Jane Henderson of this Notice of Removal being filed (*See* **Exhibit D,** Notice to Plaintiff of Removal), and will also file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cole County, Missouri ( *See* **Exhibit E,** Notice to State Court).

WHEREFORE,   Defendant Universal Underwriters Insurance Company respectfully requests that the above-referenced state court action be removed from the Circuit Court of Cole

3

County, Missouri to this Court, and that this Court accept jurisdiction of this case, and for any other relief this Court deems just and proper.

**DEFENDANTS DEMAND TRIAL BY JURY**

Respectfully submitted,

**WATTERS WOLF BUB HANSMANN, LLC**

*/s/ Timothy J. Wolf*
Timothy J. Wolf, #53099MO
Lucas J. Ude, #66288MO
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
*twolf@wwbhlaw.com*
*lude@wwbhlaw.com*
***Attorneys for Defendant***

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system, this 10th day of July 2026, on the counsel of record listed below.

Jesse B. Rochman
Martin L. Daesch
Craig W. Richards
ONDERLAW, LLC
110 E. Lockwood Avenue
St. Louis, Missouri 63119
*rochman@onderlaw.com*
*daesch@onderlaw.com*
*richards@onderlaw.com*
***Attorneys for Plaintiffs***

*/s/ Timothy J. Wolf*

#34603814 v1