# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

RICKEY L. HENDERSON AND JANE HENDERSON,

        Plaintiffs,

vs.

           Cause No: 2:26-CV-04162-WJE

UNIVERSAL UNDERWRITERS INSURANCE COMPANY,

Defendant.

## DEFENDANT UNIVERSAL UNDERWRITERS INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Universal Underwriters Insurance Company, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby discloses its corporate interests as follows:

Universal Underwriters Insurance Company is a wholly owned subsidiary Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group, Ltd, a Swiss Corporation. Zurich Insurance Group Ltd. is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

#34603839 v1

Respectfully submitted,

**WATTERS WOLF BUB HANSMANN, LLC**

*/s/ Timothy J. Wolf*
Timothy J. Wolf, #53099MO
Lucas J. Ude, #66288MO
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
*twolf@wwbhlaw.com*
*lude@wwbhlaw.com*
***Attorneys for Defendant***


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system, this 10th day of July 2026, on the counsel of record listed below.

Jesse B. Rochman
Martin L. Daesch
Craig W. Richards
ONDERLAW, LLC
110 E. Lockwood Avenue
St. Louis, Missouri 63119
*rochman@onderlaw.com*
*daesch@onderlaw.com*
*richards@onderlaw.com*
***Attorneys for Plaintiffs***

*/s/ Timothy J. Wolf*

2